1  TOMIO B. NARITA (SBN 156576)
   tnarita@snllp.com
2  ARVIN C. LUGAY (SBN 242599)
   alugay@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:  (415) 352-2625

6  Attorneys for Defendant
   Hunt & Henriques
7

8

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                          WESTERN DIVISION
12

13
   ERICK KARCH,                )   CASE NO.: CV11-07261-SJO-FMO
14                             )
                               )
15         Plaintiff,          )   **JOINT STIPULATION AND**
                               )   **REQUEST FOR DISMISSAL**
16     vs.                     )   **PURSUANT TO FED. R. CIV. P. 41**
                               )
17                             )
                               )
18 HUNT & HENRIQUES,           )   The Honorable S. James Otero
                               )
19                             )
         Defendant.            )
20 ─────────────────────────── )

21

22

23

24

25

26

27

28

KARCH V. HUNT & HENRIQUES (CASE NO.: CV11-07261-SJO-FMO)
JOINT STIPULATION AND REQUEST FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, ERICK KARCH, and Defendant, HUNT & HENRIQUES, stipulate as follows:

1) The Claims asserted by Plaintiff in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2) The parties shall bear their own fees and costs.

IT IS SO STIPULATED.

DATED: February 6, 2012


By:   /s/Arvin C. Lugay
Arvin C. Lugay
Simmonds & Narita LLP
Attorney for defendant
Hunt & Henriques

By:   /s/Michael S. Agruss
Michael S. Agruss
Krohn & Moss, Ltd.
Attorney for plaintiff
Eric Karch